**Exhibit A to the Complaint**

**Location:** Sarasota, FL  
**Total Works Infringed:** 44  
**IP Address:** 73.91.113.192  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 01-12-2022 17:09:42 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 2 | Info Hash: 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2<br>File Hash: 0273A90CE1B1D78EF7D6291960FC0E916070F9FD3C547D80E33884931A1684C0 | 12-21-2021 16:15:32 | Blacked Raw | 01-12-2019 | 02-02-2019 | PA0002155388 |
| 3 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 12-21-2021 13:27:53 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 4 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 12-20-2021 15:41:45 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 5 | Info Hash: 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5<br>File Hash: 57A014FBA5622734EA82329D6DDFC1406AE942765033D5A4682F1A3DA92CEED8 | 08-30-2021 17:03:27 | Blacked | 12-16-2017 | 01-24-2018 | PA0002101762 |
| 6 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash: 73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 08-02-2021 18:06:05 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 7 | Info Hash: D5C598EFB7B8E68E9F897730B0B13CF91AFC846E<br>File Hash: BB6B20B2129490D92FF518FC4C539816C6F02C3E9E8C92B7C1DB1E40E2024DD8 | 08-02-2021 13:34:54 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 8 | Info Hash: 40C6A30A376A1A0C691559CD5BE3EFA024D84F32<br>File Hash: 4209E835EEF118C5F8FFE307087C6B0698C468437C6DA7D47721921AD516DE01 | 08-02-2021 13:28:02 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 06-10-2021 12:16:41 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 10 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 05-24-2021 18:27:22 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 11 | Info Hash: 50B8F0AF50E5C2044C79EA5CF643B56200B7EF1B<br>File Hash: A1B22E67024CD189BED0F40130060C89318460EC1E6F84AF39F31758A7CC669C | 05-19-2021 12:13:53 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 12 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-22-2021 14:53:27 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 13 | Info Hash: 8ACEAF6E063E20FA8AD60011A276B2DBD6C48825<br>File Hash: 2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 02-16-2021 13:42:05 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 14 | Info Hash: 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash: 533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 02-08-2021 13:25:10 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |
| 15 | Info Hash: AC0797D21F42B3363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 02-04-2021 18:42:57 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 16 | Info Hash: 72B0F1168786EE85BDFE7815FEE833ACB0611C68<br>File Hash: E615313D9ECE13DD904034EABC5993D67BA8135F472E59E4DC2D4E51BBFD0770 | 02-04-2021 18:27:44 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 17 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-04-2021 13:31:11 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FA27978FF59B9C33EFF36BBC36E8E28CF79D248B<br>File Hash: 922FE582CB7F7B987BD868CB65FBC465EA4D15D4016B74BA6F9F87AA8E627F77 | 02-02-2021 18:40:14 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 19 | Info Hash: 8660054EE7A795DDB03182442FA59958414D414F<br>File Hash: 4797668E8D709EABD9299017D79B88A43AA328BDBA86AFEBC5675B4638A9D0B9 | 02-02-2021 18:36:05 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 20 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 02-02-2021 18:32:55 | Vixen | 08-27-2019 | 09-17-2019 | PA0002216129 |
| 21 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 02-02-2021 18:30:03 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 22 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 02-02-2021 18:28:50 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 23 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 02-02-2021 18:24:09 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 24 | Info Hash: 74AEEF550371F9D107ADF0042CC362918DDF1D7C<br>File Hash: 05C6927CDB7B010D6344FC7DD0F944E9478B52E08BAB5C162A9843CCDBB7A6D6 | 01-31-2021 20:16:30 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 25 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 01-31-2021 20:11:49 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 26 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash: 214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 01-31-2021 19:59:00 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 01-31-2021 19:55:32 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 28 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 01-31-2021 19:51:17 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 29 | Info Hash: DFBEAB2090AFA0B7D74002FD9D232E49D35C0160<br>File Hash: E113AF2408A41FBA349FB0BACDB190622DBDD49DC6C4A83810F50DD005B5941D | 11-16-2020 16:30:58 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 30 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11-16-2020 16:25:20 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 31 | Info Hash: F9B92290296A3DF4D4981A2EB881ECBD9591750C<br>File Hash: FB5B3789E4048125B9665266C55CBA91F9F4B53AFC0E29A6F9617CEDF5F9D963 | 09-30-2020 12:44:58 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 32 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash: 4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 09-30-2020 12:40:49 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |
| 33 | Info Hash: ACC9DC52EE520782E8D1E1692200BBCC6E2104AF<br>File Hash: AEA1375F4622204ADC2D586829AA73E726192A8DA6FBD7628520A35D818638B3 | 08-24-2020 12:20:42 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 34 | Info Hash: 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash: 8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 08-21-2020 15:37:29 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 35 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash: ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 08-12-2020 12:39:09 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E410F33384AA7AF5BA07E2BE74E012D22910345D<br>File Hash: 298EDF6A5F418A22094BF7150147769581BADDC8A9C6460E7A53579EBA1E4385 | 06-11-2020 13:06:43 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 37 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 06-03-2020 15:37:21 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 38 | Info Hash: 9606A2BEBD2ED49AF47787169BF9B73A4A1C9CDC<br>File Hash: 351673D7BB0532484059A5C5E6C65500889E456A63424B325E0A00A47AAA81C3 | 06-03-2020 15:36:54 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 39 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 05-28-2020 16:51:18 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 40 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 05-28-2020 16:49:10 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 41 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 05-28-2020 15:43:21 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 42 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 05-28-2020 12:27:18 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 43 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 05-27-2020 15:00:37 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 44 | Info Hash: 576A4437D472390C262B8740FC8804E887587AE0<br>File Hash: F8262F2B67B0468A2D9718D69433ECEA0C79480775A13AD1AEFC9355CAA3890F | 03-29-2020 16:34:45 | Blacked | 06-19-2019 | 08-27-2019 | PA0002213298 |