# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-00378-WFJ-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
73.91.113.192 an individual,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.91.113.192, are voluntarily dismissed without prejudice.

Dated: April 6, 2022                               Respectfully submitted,

                                                            **MAMONE VILLALON**
                                                            *Attorneys for Plaintiff Strike 3*
                                                            *Holdings, LLC*

                                                            By: /s/ *Yetian Wang*
                                                                Yetian Wang, Esq.
                                                                Florida Bar No.: 1025778
                                                                Yetian@mvlawpllc.com

                                                Tyler A. Mamone, Esq.
                                                Florida Bar No.: 111632
                                                Tyler@mvlawpllc.com
                                                100 SE 2nd St. Suite 2000
                                                Miami, FL 33131
                                                tyler@mvlawpllc.com
                                                Tel.: (786) 209-2379